MATTHEW J. RUGGLES, Bar No. 173052
KATY A. BOLLS, Bar No. 233596
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:     916.830.7200

Attorneys for Defendant
AMERISOURCEBERGEN CORPORATION


LAWRANCE A. BOHM, Bar No. 208176
BOHM LAW GROUP
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone:     916.927.5574

Attorney for Plaintiffs
JENNY PARKS and THERESA GARCIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JENNY PARKS and THERESA GARCIA,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERISOURCEBERGEN CORPORATION; JOHN DEPIETRO; ALVIN CUMAR; JOHN KITAHARA; RAY ALBRANTZ; and DOES 1-100 inclusive,<br><br>　　　　　　　　Defendants. | Case No.  2:06-CV-1991 WBS-KJM<br><br>**STIPULATION AND REQUEST TO CONTINUE SCHEDULING CONFERENCE AND** [PROPOSED] **ORDER** |
|---|---|

Firmwide:81703646.1 043186.2019                                                                Case No.  2:06-CV-1991 WBS-KJM

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Plaintiffs Jenny Parks and Theresa Garcia, and Defendant AmerisourceBergen Corporation, by and through their attorneys of record, hereby stipulate and agree as follows:

1. The parties tentatively have agreed to stipulate to remand this case to the Sacramento County Superior Court pursuant to a proposed stipulation and agreement that potentially will result in dismissal of Fourth Cause of Action for "Denial of C.F.R.A. Rights" and potentially the Sixth Cause of Action for "Adverse Employment Action in Violation of Public Policy," dismissal with prejudice of Defendants John Depietro, John Kitahara and Ray Albrantz, and dismissal without prejudice of Defendant Alvin Cumar.

2. The parties have not yet finalized the proposed stipulation referenced above, but anticipate that the stipulation will be filed with the court before the end of November 2006;

3. Because the parties have tentatively stipulated to remand this case to state court, and to avoid unnecessary use of the court's time, the parties request that the Status (Pre-trial Scheduling) Conference presently set for 1:30 p.m. on Monday, December 4, 2006 be continued to 1:30 p.m. on February 12, 2007.

**IT IS SO STIPULATED.**

Dated: November 22, 2006

/s/  Lawrance A. Bohm (authorized  11/22/06)
LAWRANCE A. BOHM
BOHM LAW GROUP
Attorney for Plaintiffs
JENNY PARKS and THERESA GARCIA

Dated: November 21, 2006

/s/  Matthew J. Ruggles
MATTHEW J. RUGGLES
KATY A. BOLLS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERISOURCEBERGEN CORPORATION

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA  95833.4227
916.830.7200

Firmwide:81703646.1 043186.2019

Case No.  2:06-CV-1991 WBS-KJM

STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

The Status (Pre-trial Scheduling) Conference presently scheduled for 1:30 p.m. on Monday, December 4, 2006 is hereby continued to 1:30 p.m. on Monday, February 12, 2007. A Joint Status Report shall be filed by the parties no later than fourteen (14) calendar days prior to the February 12, 2007 Status (Pre-trial Scheduling) Conference.

**IT IS SO ORDERED.**

DATED: November 27, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.830.7200

Firmwide:81703646.1 043186.2019      2.

STIPULATION TO CONTINUE SCHEDULING CONFERENCE AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com