MATTHEW J. RUGGLES, Bar No. 173052
KATY A. BOLLS, Bar No. 233596
LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way, Suite 390
Sacramento, CA  95833.4227
Telephone:     916.830.7200

Attorneys for Defendant
AMERISOURCEBERGEN CORPORATION


LAWRANCE A. BOHM, Bar No. 208176
BOHM LAW GROUP
4600 Northgate Boulevard, Suite 210
Sacramento, CA 95834
Telephone:     916.927.5574

Attorney for Plaintiffs
JENNY PARKS and THERESA GARCIA


UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY PARKS and THERESA GARCIA,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>AMERISOURCEBERGEN CORPORATION; JOHN DEPIETRO; ALVIN CUMAR; JOHN KITAHARA; RAY ALBRANTZ; and DOES 1-100 inclusive,<br><br>　　　　　Defendants. | Case No.  2:06-CV-1991 WBS-KJM<br><br>**STIPULATION AND REQUEST FOR PARTIAL DISMISSAL WITH PREJUDICE AND REMAND TO STATE COURT AND [~~PROPOSED~~] ORDER** |

Plaintiffs Jenny Parks and Theresa Garcia, and Defendant AmerisourceBergen Corporation, by and through their attorneys of record, hereby stipulate and agree as follows:

1. Defendants John Depietro, John Kitahara and Ray Albrantz shall be dismissed with prejudice;

2. The Fourth Cause of Action for "Denial of C.F.R.A. Rights" and the Sixth Cause of Action for "Adverse Employment Action in Violation of Public Policy" shall be dismissed with prejudice as to all parties;

3. Defendant AmerisourceBergen Corporation agrees that, provided John Depietro, John Kitahara, and Ray Albrantz remain employed by Defendant AmerisourceBergen Corporation, the company shall produce these individuals for a deposition and/or as a witness at trial as if each remained a party to the action.  In the event John Depietro, John Kitahara, and/or Ray Albrantz separate from employment with Defendant AmerisourceBergen Corporation prior to the final resolution of this case in the trial court, Defendant AmerisourceBergen Corporation agrees to make reasonable efforts to cooperate with Plaintiffs to secure the attendance of each individual for a deposition and/or to appear as a witness at trial.

4. Defendant AmerisourceBergen agrees that the videotape of the depositions of John Depietro, John Kitahara, and Ray Albrantz may be used at trial in the same manner as if each remained a party to the action.

5. Based on the foregoing, the parties stipulate and request that this lawsuit immediately be remanded from the United States District Court for the Eastern District of California to the Superior Court of the State of California in and for the County of Sacramento.

**IT IS SO STIPULATED.**

Dated: January 19, 2007

/s/  Lawrance A. Bohm (authorized 01/19/07)
LAWRANCE A. BOHM
BOHM LAW GROUP
Attorney for Plaintiffs
JENNY PARKS and THERESA GARCIA

Dated: January 19, 2007

/s/  Matthew J. Ruggles
MATTHEW J. RUGGLES
KATY A. BOLLS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
AMERISOURCEBERGEN CORPORATION

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER OF DISMISSAL AND REMAND

Based on the stipulation of the parties, the Court orders the following:

1. Defendants John Depietro, John Kitahara and Ray Albrantz hereby are dismissed with prejudice;

2. The Fourth Cause of Action for "Denial of C.F.R.A. Rights" and the Sixth Cause of Action for "Adverse Employment Action in Violation of Public Policy" in the Complaint hereby are dismissed with prejudice as to all parties; and

3. This action shall immediately be remanded from the United States District Court for the Eastern District of California to the Superior Court of the State of California in and for the County of Sacramento.

**IT IS SO ORDERED.**

DATED: January 22, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com